## MAYFIELD V. THE STATE.

(Decided Jan. 18, 1912.)

APPEAL from Anniston City Court.

Heard before Hon. THOMAS W. COLEMAN, JR.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, for the State.

Per curiam. Dismissed on motion.

## MERKLE & BRITTON V. HINSON LUMBER COMPANY.

(Decided Jan. 16, 1912.)

APPEAL from Houston Circuit Court.

Heard before Hon. H. A. PEARCE.

E. H. HILL, for appellant. B. F. REID, for appellee.

Per curiam. Affirmed for want of assignment of errors.

## MITCHELL V. HAWKINS.

(Decided Nov. 28, 1911.)

APPEAL from Birmingham City Court.

Heard before Hon. C. C. NESMITH.

No counsel marked for either party.

Per curiam. Dismissed for want of prosecution. See also 55 South. 1038.